**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

ULIOUS BROOKS,

        Plaintiff,

    vs.

HOMER YATES, et al.,

        Defendants.

Case No. 1:09-cv-922

Bowman, J.

**ORDER**

Plaintiff, an inmate at the Southern Ohio Correctional Facility and proceeding *pro se*, filed a civil rights complaint against multiple prison officials on December 22, 2009. As of June 11, 2012, this Court had dismissed all claims and all Defendants in the original litigation, with the exception of a single excessive force claim, brought under the Eighth Amendment, against Defendant Yates in his individual capacity. (*See* Doc. 135). Following dismissal of most claims last June, the presiding district judge took steps toward setting this case for trial. At the same time, the record reflects that the parties have been engaged in settlement talks in an effort to avoid the necessity of trial. (Doc. 149). On January 30, 2013, upon consent of the parties, this case was reassigned to the undersigned magistrate judge for all further proceedings. (Doc. 158). Based on the age of this case, a prompt status conference and final pretrial conference, if necessary, is required.

Accordingly, **IT IS ORDERED:**

1.  A status conference and/or final pretrial conference will be held on **Tuesday, February 26, at 11:30 a.m.**;

2.   In light of the short time period remaining prior to the conference and considering the time required to complete service by U.S. mail, defense counsel will ensure that SOCF and Plaintiff receive notice of this Order;

3.  The conference will be conducted telephonically, absent further instruction of the Court, with all participating parties to call in at the scheduled time as follows:

Telephone conference number: 1-888-363-4749
Access code:  8651321
Participant security code:  2010


 *s/ Stephanie K. Bowman*
Stephanie K. Bowman
United States Magistrate Judge