# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

ULIOUS BROOKS,

    Plaintiff,

v.

HOMER YATES, et al.,

    Defendants.

Case No. 1:09-cv-922

Bowman, M.J.

## CONDITIONAL DISMISSAL

The parties having reached an agreement on all material terms of a settlement of this litigation in the presence of the Court, by telephone, on February 26, 2013;

It is **ORDERED** that this action is hereby **DISMISSED** with prejudice, provided that any of the parties may, upon good cause shown within **thirty (30) days**, move to reopen the action if settlement is not consummated.

The Court expressly and explicitly retains jurisdiction to enforce the settlement agreement of the parties.

**IT IS SO ORDERED**.

                                                    *s/Stephanie K. Bowman*
                                                  Stephanie K. Bowman
                                                  United States Magistrate Judge