UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

ULIOUS BROOKS,

    Plaintiff,

vs.

HOMER YATES, et al.,

    Defendants.

Case No. 1:09-cv-922

Bowman, J.

## AMENDED CONDITIONAL DISMISSAL ORDER

On February 26, 2013, all parties participated in a telephonic status conference at which they affirmed their agreement on all material terms of a settlement of this litigation.  Pursuant to that agreement, the Court previously entered a conditional dismissal order reflecting dismissal with prejudice, but that any party may "upon good cause shown within **thirty (30) days**, move to reopen the action if settlement is not consummated."  (Doc. 160, emphasis original).  Counsel for Defendants having requested an extension of the thirty-day period, and consistent with the discussion at the Court's prior status conference, **IT IS ORDERED:**

    1.    The Conditional Dismissal Order previously filed (Doc. 160) is hereby amended as stated herein;

    2.    This action shall remain **DISMISSED** with prejudice, except that any of the parties may, upon good cause shown, move to reopen the action on or before **May 26, 2013** if settlement is not consummated;

3.  The Court expressly and explicitly retains jurisdiction to enforce the settlement agreement of the parties.

 *s/ Stephanie K. Bowman*
Stephanie K. Bowman
United States Magistrate Judge